IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**KAREN RENEE COLES,**

    **Plaintiff,**

v.     Case No. 1:22-cv-199-AW-CAS

**KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have carefully considered the magistrate judge's March 10, 2023 report and recommendation. ECF No. 22. I have also reviewed de novo the issues raised in Plaintiff's amended objections. ECF No. 24. I now conclude that the report and recommendation should be approved and adopted, and I incorporate it by reference into this order. The clerk will enter a judgment that states "The decision of the Commissioner is affirmed." The clerk will then close the file.

SO ORDERED on April 11, 2023.

                                   s/ *Allen Winsor*
                                   United States District Judge